**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 11-12917-HCM |
| ROBERT FRANK SPIVA | § | |
| | § | CHAPTER 7 |
| DEBTOR. | § | |

**ORDER GRANTING TRUSTEE'S APPLICATION TO SELL THE
BANKRUPTCY ESTATE'S 1/4 REMAINDER INTEREST IN REAL ESTATE AND
REMAINDER INTEREST IN FURNITURE AND FURNISHINGS
(712 COAL CREEK DRIVE, TARRANT COUNTY, TEXAS)**

Came on to be heard Trustee's Application to Sell the Bankruptcy Estate's ¼ Remainder Interest in Real Estate and Remainder Interest in Furniture and Furnishings (712 Coal Creek Drive, Tarrant County, Texas). The Court finds that notice of the proposed sale of said property free and clear of liens and other interests, and of the deadline for objection thereto, was served upon all creditors and other parties in interest as provided by law, and that no objection to sale was filed as required, and that said property is wholly owned by the bankruptcy estate. It is therefore hereby

ORDERED that Trustee be and he is hereby authorized to sell property of the estate as follows:

| | |
|---|---|
| DESCRIPTION OF PROPERTY TO BE SOLD: | The Bankruptcy Estate's ¼ remainder interest in Block 12, Lot 12, Antigua Addition, Tarrant County, Texas, locally known as 712 Coal Creek Drive, Mansfield, Texas and remainder interest in furniture and furnishings (the "Property"). |
| PRICE: | $10,500.00 |
| PURCHASER: | John R. Spiva and/or his assigns |
| TERMS: | The Property is being sold subject to all liens and other encumbrances that are filed of record. |
| ESTIMATED COSTS OF SALE: | None |

IT IS FURTHER ORDERED that Trustee is authorized to execute such documents as are reasonably necessary to facilitate the terms of this order.

###

ORDER PREPARED BY:

C. Daniel Roberts, Trustee
1602 E. Cesar Chavez
Austin, Texas 78702
Telephone: (512) 494-8448
Facsimile: (512) 494-8712
Email: droberts@cdrlaw.net